From: The District Court of the Eighth Judicial District. County of Cascade.

STATE OF MONTANA, Plaintiff, vs. HARLIN WELLCOME, Defendant.

Received at State Prison 10/11/67—Grand Larceny.

NO. 22

## DECISION

The application of the above-named defendant for a review of the sentence of 10 years, imposed on October 10, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence denied

The reason for the above decision is that this prisoner has acquired six felony convictions and has a long, long record of arrests in connection with other matters. It would appear that his present sentence was very moderate considering his past record. His adjustment at the prison appears to be excellent but the Board is of the opinion that his present sentence should not be reduced. He will be eligible for parole consideration in August of 1969.

DATED this 27th day of March, 1968.

## SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.

From: The District Court of the Sixteenth Judicial District. County of Fallon.

STATE OF MONTANA, Plaintiff, vs. JACK YOUNG, Defendant.

Received at State Prison 9/16/67—Grand Larceny.

NO. 23

## DECISION

The application of the above-named defendant for a review of the sentence of 12 years, imposed on September 14, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence denied.

The reason for the above decision is that while this prisoner appears to have made a good adjustment at the prison he has five felony convictions and in the opinion of the Board should not have his sentence reduced at this time as he will be eligible to be considered for parole in December of 1969.

DATED this 27th day of March, 1968.

## SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.